

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00293-CV

———————————————

STANFORD LEE LOGAN, JR., Appellant

V.

BRIANNA BRIX LOGAN, Appellee

---

On Appeal from the 442nd District Court
Denton County, Texas
Trial Court No. 23-3154-442

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion for Voluntary Dismissal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  December 21, 2023